IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| SUSAN POLGAR | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED STATES OF AMERICA | § | |
| CHESS FEDERATION, INC., | § | |
| and | § | |
| BILL GOICHBERG, JIM BERRY, | § | |
| RANDY BAUER, and | § | |
| RANDALL HOUGH, all Individually and | § | |
| in their Representative Capacities as | § | C.A. NO. 5-08CV0169-C |
| Members of the Executive Board of the | § | |
| United States of America Chess Federation; | § | |
| BILL HALL, Individually and in his | § | |
| Representative Capacity as Executive | § | |
| Director of the United States of America | § | |
| Chess Federation; BRIAN MOTTERSHEAD; | § | |
| HAL BOGNER; CHESS MAGNET, L.L.C.; | § | |
| CONTINENTAL CHESS INCORPORATED; | § | |
| JEROME HANKEN; BRIAN LAFERTY; | § | |
| SAM SLOAN; KARL S. KRONENBERGER; | § | |
| and KRONENBERGER BURGOYNE, LLP | § | |

**DEFENDANT UNITED STATES OF AMERICA CHESS FEDERATION, INC.'S MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6), OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e)**

Defendant United States of America Chess Federation, Inc. ("**USCF**" and/or "**Defendant**") moves for an order dismissing Plaintiff's suit for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), or in the alternative, moves for an order requiring a more definite statement of Plaintiff's suit pursuant to Federal Rule of Civil Procedure 12(e).

1.  Plaintiff's suit should be dismissed in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) in that Plaintiff's complaint fails to state a claim upon which relief can be granted, or in the alternative, Plaintiff should be ordered to plead a more definitive statement of her claims pursuant to Federal Rule of Civil Procedure 12(e).

2. This Motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities.

                          Respectfully submitted,

                          By:_____/S/_____
                              William P. Huttenbach
                              Federal I.D. No. 21742
                              State Bar No. 24002330

                              **ATTORNEY-IN-CHARGE FOR**
                              **DEFENDANT UNITED STATES OF**
                              **AMERICA CHESS FEDERATION, INC.**

OF COUNSEL:
HIRSCH & WESTHEIMER, P.C.
Bank of America Center
700 Louisiana, 25th Floor
Houston, Texas 77002-2772
Telephone: (713) 223-5181
Telecopier: (713) 223-9319

                              LOCAL COUNSEL:

                              LaFONT, TUNNELL, FORMBY, LaFONT
                              & HAMILTON, L.L.P.
                              Bill LaFont
                              State Bar No. 11791000
                              Brent Hamilton
                              State Bar No. 00796696
                              PO Box 1510
                              Plainview, Texas, 79073-1510
                              Telephone: (806) 293-5361
                              Telecopier: (806) 293-5366

## **CERTIFICATE OF SERVICE**

I certify that at true and correct copy of the foregoing was served by first class mail, postage prepaid, facsimile or electronic mail by the Clerk of the Court via the ECM system, as listed below on the 26th day of September, 2008.

James L. Killion
Samantha P. Estrello
Killion Law Firm
PO Box 64670
Lubbock, Texas  79424-4670

Samuel H. Sloan
1664 Davidson Avenue
Apt. 1B
Bronx, NY  10453

/S/
William P. Huttenbach

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, I have conferred with Plaintiff's counsel, and Plaintiff is opposed to Defendant United States of America Chess Federation, Inc.'s Motion to Dismiss for Plaintiff's Failure to State a Claim Under Fed. R. Civ. P. 12(b)(6), or in the Alternative, Motion for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e).

/S/
William P. Huttenbach