IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| SUSAN POLGAR | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED STATES OF AMERICA | § | |
| CHESS FEDERATION, INC., | § | |
| and | § | |
| BILL GOICHBERG, JIM BERRY, | § | |
| RANDY BAUER, and | § | |
| RANDALL HOUGH, all Individually and | § | |
| in their Representative Capacities as | § | C.A. NO. 5-08CV0169-C |
| Members of the Executive Board of the | § | |
| United States of America Chess Federation; | § | |
| BILL HALL, Individually and in his | § | |
| Representative Capacity as Executive | § | |
| Director of the United States of America | § | |
| Chess Federation; BRIAN MOTTERSHEAD; | § | |
| HAL BOGNER; CHESS MAGNET, L.L.C.; | § | |
| CONTINENTAL CHESS INCORPORATED; | § | |
| JEROME HANKEN; BRIAN LAFERTY; | § | |
| SAM SLOAN; KARL S. KRONENBERGER; | § | |
| and KRONENBERGER BURGOYNE, LLP | § | |

**APPENDIX TO KRONENBERGER BURGOYNE, LLP AND KARL S. KRONENBERGER'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| SUSAN POLGAR | § § | |
| VS. | § § | |
| UNITED STATES OF AMERICA CHESS FEDERATION, INC., and BILL GOICHBERG, JIM BERRY, RANDY BAUER, and RANDALL HOUGH, all Individually and in their Representative Capacities as Members of the Executive Board of the United States of America Chess Federation; BILL HALL, Individually and in his Representative Capacity as Executive Director of the United States of America Chess Federation; BRIAN MOTTERSHEAD; HAL BOGNER; CHESS MAGNET, L.L.C.; CONTINENTAL CHESS INCORPORATED; JEROME HANKEN; BRIAN LAFERTY; SAM SLOAN; KARL S. KRONENBERGER; and KRONENBERGER BURGOYNE, LLP | § § § § § § § § § § § § § § § § § § § § § | C.A. NO. 5-08CV0169-C |

## APPENDIX TO KRONENBERGER BURGOYNE, LLP AND KARL S. KRONENBERGER'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT

Appendix Page

Exhibit A ................................................................................................................... 4

Exhibit B ................................................................................................................. 59

Exhibit C ................................................................................................................. 87

Exhibit D ................................................................................................................. 90

Exhibit E ............................................................................................................... 102

Exhibit F ............................................................................................................... 134

Exhibit G ............................................................................................................... 176

                                                                                    Appendix Page
Exhibit H................................................................................................................191
Exhibit I .................................................................................................................201