IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SUSAN POLGAR, ) | |
|     PLAINTIFF ) | |
| ) | |
| V. ) | |
| ) | |
| UNITED STATES OF AMERICA CHESS ) | |
| FEDERATION, INC., AND BILL GOICHBERG, ) | |
| JIM BERRY, RANDY BAUER, AND ) | |
| RANDALL HOUGH, ALL INDIVIDUALLY AND ) | |
| IN THEIR REPRESENTATIVE CAPACITIES AS ) | |
| MEMBERS OF THE EXECUTIVE BOARD OF THE ) | |
| UNITED STATES OF AMERICA CHESS ) | CAUSE NO. 5-08CV-0169-C |
| FEDERATION; BILL HALL, INDIVIDUALLY ) | |
| AND IN HIS REPRESENTATIVE CAPACITY AS ) | |
| EXECUTIVE DIRECTOR OF THE UNITED ) | |
| STATES OF AMERICA CHESS FEDERATION; ) | |
| BRIAN MOTTERSHEAD; HAL BOGNER; ) | |
| CONTINENTAL CHESS INCORPORATED; ) | |
| JEROME HANKEN; BRIAN LAFERTY; ) | |
| SAM SLOAN; KARL S. KRONENBERGER; ) | |
| AND KRONENBERGER BURGOYNE, L.L.P., ) | |
|     DEFENDANTS. ) | |

## DEFENDANTS' JOINT DESIGNATION OF EXPERTS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

DEFENDANTS UNITED STATES OF AMERICA CHESS FEDERATION, INC., BILL GOICHBERG, JIM BERRY, RANDY BAUER, AND RANDALL HOUGH, ALL INDIVIDUALLY AND IN THEIR REPRESENTATIVE CAPACITIES AS MEMBERS OF THE EXECUTIVE BOARD OF THE UNITED STATES OF AMERICA CHESS FEDERATION; BILL HALL, INDIVIDUALLY AND IN HIS REPRESENTATIVE CAPACITY AS EXECUTIVE

DIRECTOR OF THE UNITED STATES OF AMERICA CHESS FEDERATION; BRIAN MOTTERSHEAD; HAL BOGNER; CONTINENTAL CHESS INCORPORATED; JEROME HANKEN; BRIAN LAFERTY; KARL S. KRONENBERGER; AND KRONENBERGER BURGOYNE, L.L.P., jointly make these expert designations as required by FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2) and this Court's order.

Defendants may use the following persons at trial to present evidence under the FEDERAL RULES OF EVIDENCE and FEDERAL RULES OF CIVIL PROCEDURE:

1. Dr. Frederick B. Cohen
   572 Leona Drive
   Livermore, CA 94550
   (925) 454-0171
   Dr. Cohen's opinions are contained in his report and/or other documents which have been disclosed to Plaintiff simultaneously with a copy of this filing. Dr. Cohen's opinions are based upon the data, information, and documentation which has been served upon Plaintiff, along with other documents previously produced in discovery.

2. Brian Mottershead
   18 Nowell Farme Road
   Carlisle, MA 01741
   (978) 371-3960
   Mr. Mottershead's opinions are contained in his report and/or other documents which have been disclosed to Plaintiff simultaneously with a copy of this filing. Mr. Mottershead's opinions are based upon the data, information, and documentation which has been served upon Plaintiff, along with other documents previously produced in discovery. Mr. Mottershead is a Defendant to this matter but is being designated as a retained expert in an abundance of caution.

### **NON-RETAINED EXPERTS**

The following experts have not been retained but even before litigation, Mr. Robert Jones and Mr. David Ulevitch have previously prepared written reports regarding Mr. Mottershead's initial report. Mr. Jones and Mr. Ulevitch have not been retained in this matter and are being designated in an abundance of caution.

1. Robert Jones
   Craic Computing LLC
   911 East Pike St, Suite 231
   Seattle, WA 98122
   (206) 860-7118
   A copy of his "report" in this matter was attached as Exhibit D to Karl Kronenberger's Motion for Partial Summary Judgment.

2. David Ulevitch
   (address unknown)
   A copy of his "report" in this matter was attached as Exhibit C to Karl Kronenberger's Motion for Partial Summary Judgment.

3. Jeffrey B. Jones
   Christopher B. Slayton
   JONES, FLYGARE, BROWN & WHARTON
   P.O. Box 2426
   Lubbock, TX 79408-2426
   (806) 765-8851

4. William P. Huttenbach
   Aaron E. Homer
   HIRSCH & WESTHEIMER, P.C.
   700 Louisiana, 25th Floor
   Houston, Texas 77002
   (713) 220-9184

Jeffrey Jones, Christopher Slayton, William Huttenbach, and Aaron Homer are attorneys for various Defendants in this matter. Plaintiff has claimed to be entitled to attorneys' fees in this matter, and Defendants vigorously dispute same. However, in an abundance of caution, Defendants are designating said counsel as unretained expert witnesses on said issues.

Mr. Huttenbach is attorney-in-charge for Defendants Hal Bogner, Brian Lafferty, Brian Mottershead, Jerome Hanken, Continental Chess Incorporated, Karl S. Kronenberger, and Kronenberger Burgoyne, LLP, and Mr. Homer is a Member of Mr. Huttenbach's law firm, Hirsch & Westheimer, P.C.

Mr. Jones is attorney-in-charge for Defendants United States of America Chess Federation,

Inc., Bill Goichberg, Jim Berry, Randy Bauer, Randall Hough, all Individually and in their Representative Capacities as Members of the Executive Board of the United States of America Chess Federation, and Bill Hall, Individually and in his Representative Capacity as Executive Director of the United States of America Chess Federation. Mr. Slayton is also a Member of the law firm of Jones, Flygare, Brown & Wharton, P.C.

Neither Mr. Huttenbach, Mr. Homer, Mr. Jones, or Mr. Slayton have been retained or specially employed by Defendants to provide expert testimony. They are expected to offer opinions and conclusions about the reasonable and necessary attorneys' fees incurred by Defendants in the defense of the claims made in this lawsuit. Their testimony will include their opinions and conclusions concerning the amount, necessity and reasonableness of the attorneys' fees incurred by the parties. Their opinions will include that the attorney's fees incurred, and rates charged by defense counsel in this case have been reasonable and necessary for the representation of Defendants herein. Said counsel may critique the fees charged by the attorneys for the Plaintiff in this case, and their opinions may include that the attorney's fee incurred by Plaintiff are not reasonable or necessary for the representation of Plaintiff. Unfortunately, as of the date of this designation, Plaintiff has provided no documents and/or information to substantiate and/or support Plaintiff's claims for attorneys' fees. Mr. Huttenbach, Mr. Homer, Mr. Jones, and Mr. Slayton are familiar with the rates customarily charged by attorneys in the Houston, Dallas, and Lubbock, Texas area, including cases litigated in the U.S. District Court for the Northern District of Texas. The basis for their opinions will include the work performed, fees charged, their education and experience, and the factors listed in Rule 1.04 of the Texas State Bar Rules. The documents that they will have reviewed for purposes of, and in anticipation of their opinions and testimony will be the pleadings,

motions, discovery and attorney fee statements of counsel in this lawsuit. Martindale-Hubbell includes a fair summary of all counsels' background and qualifications. Additionally, a summary of Mr. Huttenbach's and Mr. Homer's qualifications can be found on the firm's website, www.hirschwest.com.

This designation also serves to supplement any discovery responses regarding expert witnesses.

In addition, Defendants reserve the right to call, as a testifying witness, any expert witnesses designated, or that will be designated by Plaintiff in the instant lawsuit.

Any and all depositions of any of the above persons, when and if taken, are incorporated herein by reference for all purposes as though fully set forth as well as copies of any reports and/or records which may be obtained through deposition on written questions or other means.

Defendants reserve the right to call undesignated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of the evidence against them.

In the event a party designates an expert witness, but then is dismissed for any reason from this suit or fails to call any designated expert, Defendants reserve the right to designate and/or to call any such party or any such experts designated previously by any party.

Defendants reserve whatever additional rights it has with regard to experts, pursuant to the Federal Rules of Civil Procedure, Federal Rules of Evidence, case law concerning same, and the filings of this Court.

Respectfully submitted,

  /s/ Jeffrey B. Jones
**JEFFREY B. JONES**
State Bar No. 10911900
**CHRISTOPHER B. SLAYTON**
State Bar No. 24033077
***JONES, FLYGARE, BROWN & WHARTON***
A Professional Corporation
1600 Civic Center Plaza
P.O. Box 2426
Lubbock, Texas 79408-2426
Telephone: (806) 765-8851
Telecopier: (806) 765-8829
**ATTORNEYS FOR DEFENDANTS**
**THE UNITED STATES OF AMERICA CHESS FEDERATION, INC.; BILL GOICHBERG, JIM BERRY, RANDY BAUER, AND RANDALL HOUGH, ALL INDIVIDUALLY AND IN THEIR REPRESENTATIVE CAPACITIES AS MEMBERS OF THE EXECUTIVE BOARD OF THE UNITED STATES OF AMERICA CHESS FEDERATION; AND BILL HALL, INDIVIDUALLY AND AS EXECUTIVE DIRECTOR OF THE UNITED STATES OF AMERICA CHESS FEDERATION**


  /s/ William P. Huttenbach   *by permission*
**WILLIAM P. HUTTENBACH**
Federal I.D. No. 21742
State Bar No. 24002330
**HIRSCH & WESTHEIMER**, P.C.
700 Louisiana, 25th Floor
Houston, Texas 77002
E-mail: phuttenbach@hirschwest.com
Telephone:    (713) 220-9184
Telecopier:    (713) 223-9319
**ATTORNEY-IN-CHARGE FOR DEFENDANTS CONTINENTAL CHESS INCORPORATED, BRIAN MOTTERSHEAD, HAL BOGNER, JEROME HANKEN, BRIAN LAFFERTY, KARL S. KRONENBERGER, AND KRONENBERGER BURGOYNE, LLP**

OF COUNSEL:
HIRSCH & WESTHEIMER, P.C.
Bank of America Center
700 Louisiana, 25th Floor
Houston, Texas 77002-2772
Telephone: (713) 223-5181
Telecopier: (713) 223-9319

LOCAL COUNSEL:

LAFONT, TUNNELL, FORMBY, LAFONT & HAMILTON, LLP
**BILL LAFONT**
State Bar No. 11791000
**BRENT HAMILTON**
State Bar No. 00796696
P.O. Box 1510
Plainview, Texas 79073-1510
Telephone: (806) 293-5361
Telecopier: (806) 293-5366

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by electronic mail by the Clerk of the Court via the ECF system, to all parties of record on September 15, 2009, as follows:

James L. Killion
Samantha P. Estrello
KILLION LAW FIRM
P.O. Box 64670
Lubbock, Texas 79424

Samuel H. Sloan
1664 Davidson Avenue, Apt. 1B
Bronx, New York 10453

William P. Huttenbach
HIRSCH & WESTHEIMER, P.C.
Bank of America Center
700 Louisiana, 25th Floor
Houston, Texas 77002-2772

Bill LaFont
Brent Hamilton
LAFONT, TUNNELL, FORMBY, LAFONT
 & HAMILTON, LLP
P.O. Box 1510
Plainview, Texas 79073-1510

  /s/ Jeffrey B. Jones
**JEFFREY B. JONES**